# EXHIBIT A

| IP Address | ISP |
|---|---|
| 173.26.146.237 | Mediacom Communications Corp. |
| 205.178.93.33 | RCN Corporation |
| 205.178.93.62 | RCN Corporation |
| 207.38.253.29 | RCN Corporation |
| 208.103.73.236 | Metrocast Communications |
| 208.103.75.18 | Metrocast Communications |
| 209.6.50.65 | RCN Corporation |
| 209.6.72.13 | RCN Corporation |
| 216.15.16.92 | RCN Corporation |
| 216.80.26.142 | RCN Corporation |
| 24.192.37.166 | WideOpenWest |
| 50.83.163.42 | Mediacom Communications Corp. |
| 65.60.170.220 | WideOpenWest |
| 69.47.211.78 | WideOpenWest |
| 70.162.31.215 | Cox Communicaitns |
| 72.210.67.50 | Cox Communications |
| 74.199.46.178 | WideOpenWest |
| 98.180.29.4 | Cox Communications |
| 71.92.65.184 | Charter Communications |
| 173.26.146.237 | Mediacom Communications Corp. |
| 66.44.41.180 | RCN Corporation |
| 66.189.69.147 | Charter Communications |
| 24.183.22.213 | Charter Communications |
| 68.188.228.66 | Charter Communications |
| 75.139.188.21 | Charter Communications |
| 68.191.43.242 | Charter Communications |
| 68.189.20.187 | Charter Communications |
| 96.38.172.28 | Charter Communications |
| 68.186.96.212 | Charter Communications |
| 66.190.229.129 | Charter  Communications |
| 173.25.126.109 | Mediacom Communications Corp. |
| 97.88.160.74 | Charter Communications |
| 173.25.126.109 | Mediacom Communications Corp. |
| 75.132.145.95 | Charter  Communications |