IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| GUAVA LLC, | ) |
| | ) Civil Action No.: 12-678 |
| Plaintiff, | ) |
| | ) |
| v. | ) NOTICE OF DISMISSAL |
| | ) |
| JOHN DOE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate. Given that there has not been service on any defendant, there is no party upon which service of this notice is required.

Respectfully submitted,

Guava LLC

DATED: April 9, 2013.

By: /s/ Curtis R. Hussey
Curtis R. Hussey (No. HUSSC7684)
Attorney for Plaintiff
P.O. Box 1896
Fairhope, AL  36533-1896
251-928-1423
gulfcoastadr@gmail.com

1